## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KANSAS CONSTRUCTION TRADES OPEN END PENSION TRUST FUND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) Case No. 2:17-cv-2722 |
| CYLX CORPORATION, | )<br>)<br>) |
| Defendant. | ) |

## **ORDER OF DEFAULT JUDGMENT**

Upon Plaintiffs' *Motion for Default Judgment* [Doc. 7], this Court finds that Defendant Cylx Corporation is in Default and entry of Default Judgment is proper pursuant to Federal Rules of Civil Procedure 55 and **grants** said *Motion* [Doc. 7]

**IT IS HEREBY ORDERED** that default judgment is entered against Defendant Cylx Corporation and in favor of the Plaintiffs in the amount of thirteen thousand, four hundred and sixty-five and 64/100 dollars ($13,465.64).

**IT IS SO ORDERED**

Dated this 6TH day of JUNE, 2018 at Kansas City, KS.

/s/ Carlos Murguia
HON. CARLOS MURGUIA
U.S. District Court Judge